■ SUZY SURECK, Respondent, v NIAGARA MACHINE & TOOL WORKS, Respondent and Third-Party Plaintiff-Respondent. TALLIX, INC., Third-Party Defendant-Appellant.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on October 25, 1990, unanimously affirmed for the reasons

stated by Myriam Altman, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Kupferman, Asch and Rubin, JJ.